UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RONALD ROGERS                    )
                                 )
        Petitioner               )
                                 )
v.                               )     CAUSE NO. 3:05-CV-454 RM
                                 )     (Arising from 3:93-CR-00059(04)RM)
UNITED STATES OF AMERICA         )
                                 )
        Respondent               )

OPINION AND ORDER

Ronald Rogers filed another petition challenging his conviction and sentence under 28 U.S.C. § 2255 [docket no. 305 in 3:93CR59(04)/docket no. 1 in 3:05CV454]. He previously filed at least four *habeas* petitions under § 2255 that were denied. "A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . .". 28 U.S.C. § 2255. Mr. Rogers must direct his petition to court of appeals.

Accordingly, the court summarily DENIES the petition for a writ of *habeas corpus* [docket no. 305/1]as not properly before this court.

SO ORDERED.

ENTERED:   August 2, 2005

                                        /s/ Robert L. Miller, Jr.
                                        Chief Judge
                                        United States District Court
cc:    R. Rogers
       K. Hays

Dockets.Justia.com